In the Matter of: N.C.P. MARKETING GROUP, INC., Debtor,

N.C.P. Marketing Group, Inc., Appellant,

v.

BG Star Productions, Inc.; Gayle Blank; Billy Blank, Appellees.

No. 05–17384.

United States Court of Appeals, Ninth Circuit.

Submitted May 23, 2008 *.

Filed May 23, 2008.

Jennifer A. Smith, Esq., Lionel Sawyer & Collins, Reno, NV, Brian A. Bash, Esq., Thomas D. Warren, Esq., Baker & Hostetler LLP, Cleveland, OH, for Appellant.

Jeanne Jorgensen, Esq., Allen Matkins Leck Gamble Mallory & Natsis, LLP, Irvine, CA, Michael A.T. Pagni, Esq., McDonald Carano Wilson, LLP, Michael S. Greger, Esq., Reno, NV, for Appellees.

Before: KLEINFELD, SILVERMAN, and W. FLETCHER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ORDER **

The request for oral argument is denied, and this case is hereby submitted for decision. We affirm the district court's judgment for the reasons provided by that court.

AFFIRMED.